UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL COUSINS, #220925, ) | |
| Petitioner, ) | |
| ) | No. 1:17-cv-79 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| BONITA HOFFNER, ) | |
| Respondent. ) | |
| ) | |

## JUDGMENT

The Court has dismissed, as untimely, Petitioner Darryl Cousins' petition for habeas relief. There are no pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: June 8, 2017         /s/ Paul L. Maloney
                           Paul L. Maloney
                           United States District Judge